**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHAWN ZYSK,<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**PRIMECARE MEDICAL, INC.,**<br>**DR. MATTHEW KAVALEK,**<br>**DR. RYAN GANNON,**<br>**DR. HANI ZAKI,**<br>**GABRIELLE MASSIMO, PA-C,**<br>**HEE-WON JEONG, PSYCH-NP,**<br>**ANGELA BAKER, PA-C,**<br>**NICOLE BRIGHTER, RN,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25-5191** |

**O R D E R**

**AND NOW**, this 15th day of July, 2026, upon consideration of the Motion to Dismiss by

Dr. Matthew Kavalek; Dr. Ryan Gannon; Dr. Hani Zaki; Gabrielle Massimo, PA-C; Hee-Won

Jeong, Psych NP; Angela Baker, PA-C; and Nicole Brighter, RN; and PrimeCare Medical, Inc.

(ECF No. 24 (the "Motion")), and the opposition thereto (ECF No. 27), it is hereby **ORDERED**

that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**